UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAM A. KAURA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No.  2:21-cv-1942-KJM-CKD (PS)<br><br>ORDER VACATING HEARING AND ORDER TO SHOW CAUSE |

Plaintiff Punam A. Kaura proceeds pro se with this civil action originally filed in the Small Claims Division of the Sacramento County Superior Court. Defendant, the United States Postal Service, removed the case to this court. On October 22, 2021, defendant moved to dismiss the complaint.

Defendant's motion to dismiss the complaint was set for a hearing to take place on December 8, 2021. To date, plaintiff has not filed an opposition to the motion, or a statement of non-opposition, and has not sought an extension of time to do so. Accordingly, the court will vacate the hearing set for December 8, 2021. If appropriate, the court will reset the hearing to take place at a later date. Plaintiff is now ordered to show cause, in writing, why plaintiff's failure to oppose the motion to dismiss should not waive the right to oppose the motion and why this action should not be dismissed on the basis of the failure to oppose the motion.

////

Local Rule 230(l) provides, in part: "Failure of the responding party to file an opposition or statement of non-opposition may be deemed a waiver of any opposition to the granting of the motion and my result in the imposition of sanctions." In the Order Setting Status Conference dated October 19, 2021, a copy of which was served on plaintiff by defendant (see ECF No. 2), plaintiff was cautioned that pursuant to Local Rule 230(c), an opposition to the granting of any motion must be filed fourteen days prior to the noticed hearing date. In the same order, plaintiff was cautioned "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." Plaintiff was also notified that failure to comply with the Federal Rules of Civil Procedure, Local Rules of Practice, or orders of this court could result in dismissal of this action. Despite receiving these admonitions, plaintiff has not filed an opposition to the pending motion to dismiss or statement of non-opposition.

Based on the foregoing, IT IS ORDERED:

1. The December 8, 2021 hearing on defendant's motion to dismiss is vacated; and
2. Within 14 days from the date of this order, plaintiff shall show cause, in writing, why plaintiff's failure to oppose defendant's motion to dismiss should not waive the right to oppose the motion, and shall show cause, in writing, why this action should not be dismissed; if plaintiff no longer wishes to prosecute this case in this court, then plaintiff may file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), which will result in a recommendation that this action be dismissed.

Dated: December 2, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.kaura.21cv1942.osc.nooppo