UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAM A. KAURA,<br><br>            Plaintiff,<br><br>    v.<br><br>U.S. POSTAL SERVICE,<br><br>            Defendant. | No.  2:21-cv-01942 KJM CKD (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c).

On January 6, 2022, the magistrate judge filed findings and recommendations, which contained notice to all plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued January 6, 2022 are adopted in full;

2. This action is dismissed pursuant to Federal Rule of Civil Procedure 41(b); and

3. The Clerk of Court is directed to close this case.

DATED: February 4, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE